| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | John E. Bartley |
| Debtor 2 (Spouse, if filing) | Denise J. Bartley |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 15-47361-mar |

Form 4100R

# Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 9 0

**Property address:** 2433 N Wilson Avenue
Number   Street

Royal Oak    MI    48073-4224
City         State  ZIP Code

**Court claim no.** (if known): 10-2

## Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                             (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     + (b) $ _____

c. **Total.** Add lines a and b.                                         (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | John E. Bartley | | | Case number (if known) 15-47361-mar |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

❑ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ Molly Slutsky Simons
Signature

Date 08/26/2019

Print: **Molly Slutsky Simons**
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number    Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone ( 513 ) 444 – 4100

Email: bankruptcy@sottileandbarile.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# DETROIT DIVISION

| | |
|---|---|
| In Re: | Case No. 15-47361-mar |
| John E. Bartley<br>Denise J. Bartley | Chapter 13 |
| Debtors. | Judge Mark A. Randon |

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of the Response to Notice of Final Cure Payment has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on August 26, 2019 to the following:

John E. Bartley, Debtor
2433 North Wilson
Royal Oak, MI 48073

Denise J. Bartley, Debtor
2433 North Wilson
Royal Oak, MI 48073

Marsall D. Schultz, Debtors' Counsel
marshalld.schultz@gmail.com

Krispen S. Carroll, Chapter 13 Trustee
notice@det13ksc.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

                                  Respectfully Submitted,

                                  /s/ Molly Slutsky Simons
                                  Molly Slutsky Simons (OH 0083702)
                                  Sottile & Barile, Attorneys at Law
                                  394 Wards Corner Road, Suite 180
                                  Loveland, OH 45140
                                  Phone: 513.444.4100
                                  Email: bankruptcy@sottileandbarile.com
                                  Attorney for Creditor